# D'UVA&MIRON

## ATTORNEYS AT LAW

17 Academy Street, Suite 1101
Newark, New Jersey 07102

Raymond P. D'Uva
1976-2020

T: 973 643 7750
E: Alexandra@duvalaw.com

Alexandra Miron
Member NY & NJ Bars

August 3, 2026

**BY ECF**

**HON. JULIEN XAVIER NEALS, U.S.D.J.**
**U.S. District Court for the District of New**
**Jersey Clarkson S. Fisher Building & U.S.**
**Courthouse  402 East State**
**Trenton, NJ 08608**

> Re:  *Navarrete-Aguirre v. Blanche, et al.*, No. 26- 09429 (JXN)
> **Petitioner's Request for Extension to Reply**

Dear Judge Neals :

Petitioner respectfully requests a brief extension of time to reply to Respondents' Expedited Answer. The Answer contains information and records concerning Petitioner's prior immigration history of which counsel was unaware, and that require counsel additional time to confer with Petitioner before responding. Petitioner therefore respectfully requests an extension until August 10, 2026, to submit his reply. I have conferred with Counsel for Respondents, who has no objection to the extension.

Respectfully submitted,

*Alexandra Miron*

Alexandra Miron, Esq.
Attorney for Petitioner

CC: All counsel of record (via *ECF*)

**So ORDERED on 8/4/2026:**

JULIEN XAVIER NEALS
United States District Judge