IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ROBERTO NAVARRETE AGUIRRE,
A#205 139 195

               Petitioner

v.

TODD BLANCHE,
Attorney General of the United States
of America, and,

MARKWAYNE MULLIN
Secretary of the Department of Homeland
Security, (DHS) and,

DAVID VENTURELLA,
Acting Director,
United States Immigration and Customs
Enforcement (ICE), and,

LUIS SOTO
Warden,
Delaney Hall Detention Center

               Defendant(s)

**JOINT STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

Case No.: 2-26-cv-09429 (JXN)

## JOINT STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, without prejudice against the Petitioner Roberto Navarrette Aguirre pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

*Alexandra Miron*

Alexandra Miron
*Petitioner's counsel*

17 Academy Street, Suite 208

*Address*

Newark, NJ 07102
*City, State & Zip Code*

862-230-2311
*Telephone Number*

8-10-2026
Dated: _____

*Shari-Ann Sasu*

Shari-Ann Sasu
*Respondents' counsel*

401 Market Street, 4th Floor

*Address*

Camden, NJ 08102
*City, State & Zip Code*

856-968-4867
*Telephone Number*

Dated: ___August 10, 2026___

**So ORDERED on 8/11/2026:**

**JULIEN XAVIER NEALS**
**United States District Judge**